STATE of Missouri, Respondent,

v.

Thomas E. GUTHRIE, Appellant.

Nos. WD 50836, WD 52175.

Missouri Court of Appeals,
Western District.

Oct. 22, 1996.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., C.J., and SPINDEN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Thomas Guthrie appeals his conviction of tampering with a witness and the denial of his Rule 29.15 motion for post-conviction relief. We affirm the conviction and the denial of post-conviction relief. Rules 30.25(b) and 84.16(b).